# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MILES, SR., | Case No. 1:14-cv-01683-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTIONS TO EXPEDITE CASE |
| v. | (Docs. 7 and 8) |
| R. COX, et al., | |
| Defendants. | |

Plaintiff Maurice Miles, Sr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 28, 2014. On January 15, 2015, Plaintiff filed a motion seeking a speedy trial, and on February 26, 2015, Plaintiff filed a motion requesting the Court to "react" to his case. (Docs. 7, 8.)

The Sixth Amendment of the United States Constitution, invoked by Plaintiff in his first motion, applies to criminal prosecutions. *See e.g.*, *U.S. v. Corona-Verbera*, 509 F.3d 1105, 1114 (9th Cir. 2007). This is a civil case and Plaintiff's reliance on the Sixth Amendment's Speedy Trial Clause is misplaced. *Id.* With respect to the pendency of this action in general, the Eastern District of California is one of the busiest courts in the nation and there are a significant number of prisoner civil rights cases pending. As Plaintiff was notified in section III(C) of the First Informational Order, his complaint will be screened as expeditiously as possible, but delay resulting from the volume of cases is inevitable. (Doc. 3.)

1 | Accordingly, Plaintiff's motions, construed as seeking expedited rulings and/or a jury trial,
2 | are HEREBY ORDERED DENIED.

IT IS SO ORDERED.

Dated:  **April 7, 2015**                            **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE