# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MILES, SR., | Case No. 1:14-cv-01683-SKO (PC) |
| Plaintiff, | ORDER DISREGARDING RESPONSE |
| v. | (Doc. 12) |
| R. COX, et al., | |
| Defendants. | |

Plaintiff Maurice Miles, Sr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 28, 2014. This action was dismissed, with prejudice, for failure to state a claim on April 22, 2015. On April 24, 2015, Plaintiff filed a document entitled "Motion Rejecting This Court Order. . . ."

Plaintiff's filing is responsive to the order filed on April 8, 2015, which denied Plaintiff's motion seeking expedited rulings and/or a jury trial. However, the filing lacks cogency and it seeks no legitimate form of relief to which Plaintiff is entitled under the law. Fed. R. Civ. P. 7(b). Accordingly, Plaintiff's response is HEREBY ORDERED DISREGARDED.

IT IS SO ORDERED.

Dated: **April 27, 2015**                    **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE