1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MILES, SR., | Case No. 1:14-cv-01683-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY |
| v. | |
| R. COX, et al., | (Doc. 15) |
| Defendants. | |

Plaintiff Maurice Miles, Sr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 28, 2014.  This action was dismissed on April 22, 2015, with prejudice, for failure to state a claim under section 1983.  28 U.S.C. § 1915A.  On May 12, 2015, Plaintiff filed a motion seeking the issuance of a certificate of appealability.

A certificate of appealability must be obtained to appeal a decision in a habeas proceeding; it has no application in this civil rights case.  28 U.S.C. § 2253(c)(1)(A); *Miller-El v. Cockrell*, 537 U.S. 322, 335-36, 123 S.Ct. 1029 (2003).  Accordingly, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **May 14, 2015**                              **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE