UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MILES, SR.,<br><br>        Plaintiff,<br><br>    v.<br><br>R. COX, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-01683 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION TO REOPEN CASE<br><br>(Docs. 29, 31) |

    Maurice Miles, Sr. requests the Court re-open this civil rights action. (Doc. 29.) The action was dismissed with prejudice for failure to state a claim. (Doc. 10, Doc. 31 at 1.) Plaintiff appealed the dismissal to the Ninth Circuit, which dismissed his appeal on August 28, 2015. (Doc. 29.)

    On July 28, 2022, the assigned magistrate judge issued Findings and Recommendations on the motion to reopen the matter. (Doc. 31.) The magistrate judge found Plaintiff failed to identify "any basis" under Rule 60 of the Federal Rules of Civil Procedure to re-open the matter, and there were "no extraordinary or highly unusual circumstances justifying relief." (*Id.* at 4-5.) Therefore, the magistrate judge recommended Plaintiff's motion be denied. (*Id.* at 5.)

    The Court granted Plaintiff 14 days in which to file objections to the Findings and Recommendations (Doc. 31 at 5), which were served on Plaintiff at the only address known to the Court. The objection period has passed, and Plaintiff has not filed objections or otherwise

communicated with the Court.[1]

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus**,** the Court **ORDERS**:

1. The Findings and Recommendations issued on July 28, 2022 (Doc. 31) are **ADOPTED** in full.
2. Plaintiff's motion to reopen this action (Doc. 29) is **DENIED**.
3. **No further motions will be filed or considered in this action**.

IT IS SO ORDERED.

Dated:   **August 22, 2022**

UNITED STATES DISTRICT JUDGE

---

[1] The United States Postal Service returned the Findings and Recommendations on August 17, 2022. A notation on the envelope indicated "Undeliverable, Unclaimed." Plaintiff has not notified the Court of any change in his address. Absent such notice, service at a party' prior address is fully effective. Local Rule 182(f).